AUSA Holly Lanchantin (312) 469-6042

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOEL DELUNA

Case No.: 26cr339
GABRIEL A. FUENTES
Magistrate Judge

### AFFIDAVIT IN REMOVAL PROCEEDING

I, DANA OLSEN, appearing before United States Magistrate Judge GABRIEL A. FUENTES by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that JOEL DELUNA has been charged by Indictment in the Western District of Tennessee with the following criminal offense: conspiracy to unlawfully transport, transmit, and transfer in interstate and foreign commerce stolen goods, wares, and merchandise having an aggregate value of more than $5,000 or more, knowing the same to have been stolen converted and taken by fraud, in violation of 18 U.S.C. § 2314, in violation of 18 U.S.C. § 371.

A copy of the Indictment is attached under seal. A copy of the arrest warrant also is attached.

*Dana Olsen*
DANA OLSEN
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 26th day of June, 2026.

*M a. Fuit*
GABRIEL A. FUENTES
United States Magistrate Judge